**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7754**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOHN MICHAEL WILLIAMS,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-95-206, CA-98-1372-AM)

─────────────

Submitted: February 11, 1999      Decided: February 25, 1999

─────────────

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

John Michael Williams, Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, For Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Williams seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. See United States v. Williams, No. CA-98-1372-AM (E.D. Va. Oct. 21, 1998).[*] We decline to review the claims brought for the first time in this appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on October 20, 1998, the district court's records show that it was entered on the docket sheet on October 21, 1998. It is this date that we take as the effective date of the court's decision. See Fed. R. Civ. P. 58, 79(a); Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).